**The below described is SIGNED.**

**Dated: October 31, 2013**

*R. Kimball Mosier*

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



Elizabeth Rose Loveridge #6025
David A. Nill #8784
WOODBURY & KESLER, P.C.
525 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone:  (801) 364-1100

Attorneys for Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>    KENNETH C. TEBBS<br><br>            Debtor(s). | Bankruptcy No. 08-20546<br>Chapter 7 |

**ORDER AUTHORIZING APPOINTMENT OF SPECIAL COUNSEL FOR THE TRUSTEE**

Based upon the Ex Parte Motion to Authorize the Employment of Counsel ("Motion"), the

Court, is fully apprised of the facts and the law, and for good cause appearing:

    IT IS ORDERED

    1.    That the Ex Parte Motion for Order Authorizing the Employment of Allen R. Perl

and Perl & Goodsnyder, Ltd., which is located at 14 North Peoria Street, Suite 2-C, Chicago, IL

60607-2644 is granted upon the terms and conditions contained therein.

2.      Perl & Goodsnyder is authorized to submit monthly invoices, and the Trustee is authorized to pay from the estate such invoices for reasonable costs Perl & Goodsnyder incurs in collecting the Judgment.

3.      Perl & Goodsnyder is authorized to retain 33% of the Recovered Amount as defined in the Motion.

## DESIGNATION OF PARTIES TO BE SERVED

The **ORDER AUTHORIZING APPOINTMENT OF SPECIAL COUNSEL FOR THE TRUSTEE** will be served to the parties as follows:

**By Electronic Service:** I certify that the following are registered CM/ECF users and will be served notice of the foregoing Order through the CM/ECF system:

U.S. Trustee USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served under Fed. R. Civ. P. 5(b).

HSBC Finance Corporation  
Household Finance Corporation  
2700 Sanders Road  
Prospect Heights, IL 60070

      /s/ Kasey MacRae

**CERTIFICATE OF SERVICE—BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I certify that on October 22, 2013, I electronically filed the **ORDER AUTHORIZING APPOINTMENT OF SPECIAL COUNSEL FOR THE TRUSTEE** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

U.S. Trustee USTPRegion19.SK.ECF@usdoj.gov

_____/s/ Kasey MacRae _____

**CERTIFICATE OF SERVICE—MAIL, OTHER**

I certify that on October 22, 2013, I served a copy of the **ORDER AUTHORIZING APPOINTMENT OF SPECIAL COUNSEL FOR THE TRUSTEE** as follows:

**Mail Service—by regular first class United States mail, postage fully pre-paid, addressed to:**

HSBC Finance Corporation
Household Finance Corporation
2700 Sanders Road
Prospect Heights, IL 60070

_____/s/ Kasey MacRae _____